

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

UNITY FRIENDSHIP BAPTIST CHURCH, § No. 08-16-00214-CV

§ Appeal from the

Appellant, § 201st District Court

v.

§ of Travis County, Texas

WALTON HOMES LLC, § (TC# D-1-GN-15-005374)

Appellee.

§

## O R D E R

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **April 14, 2017.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. M. Matthew Williams, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before April 14, 2017.

IT IS SO ORDERED this 8th day of March, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.